# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08cv164

| | |
|---|---|
| MARY BATTLE, an individual; and ROBERT BATTLE, an individual, | ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) ) ORDER |
| SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE, | ) ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the court on defendant's Motion to Stay Proceedings and Extend Time to Respond to the Complaint. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Stay Proceedings and Extend Time to Respond to the Complaint (#4) is **GRANTED,** all proceedings in this matter are **STAYED** pending transfer by the Judicial Panel on Multidistrict Litigation, and defendants are allowed up to and inclusive of the time that may be directed by the MDL Panel to so Answer or otherwise respond to the Complaint or 30 days from any Order denying transfer, whichever is later.

Signed: May 28, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge